DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ENGINEERED AIR, LLC.,**
Appellant,

v.

**RIDGEWAY PLUMBING, INC., ET AL.,**
Appellees.

No. 4D20-43

[October 1, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE17-005964(21).

Thomas L. Hunker of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Chad N. Dunigan and Katherine L. Klapsa of Koeller, Nebeker, Carlson & Haluck, LLP, Orlando, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CONNER and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***